JPML FORM 1A                              DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 297 -- IN RE HELICOPTER CRASH IN GERMANY ON SEPTEMBER 26, 1975

| Date | No. Code | |
|---|---|---|
| 1/21/77 | 1 | MOTION w/SUPPORTING BRIEF -- Defendant United Technologies Corp. -- Exhibit A listing eight actions pending in Eastern California and one action in Southern Florida w/certificate of service on involved counsel and clerks of court. SUGGESTED TRANSFEREE FORUM: Eastern District of California |
| 1/31/77 | | APPEARANCES -- TWILA PENTICO, ETC. by Podhurst, Orsek & Parks, P.A. UNITED TECHNOLOGIES CORP. by Henry Burnett |
| 2/2/77 | | APPEARANCE -- EUGENE W. DOYLE, ESQUIRE for Judith Elliott, Cheryl L. Russell, Christiane E. Driscoll, Evelyn Kerry, Keith Patrick Kerry, Brian Kevin Kerry, etc. Babette Donaldson, Ann Dineen, Liza Lee Donaldson and Miriam Hopkins Weaver |
| 2/2/77 | | HEARING ORDER FILED -- Setting A-1 though A-9 for Hearing -- Feb. 25, 1977 -- New Orleans, La. |
| 2/3/77 | | APPEARANCE -- HENRY BURNETT, ESQ. for United Technologies Corp. |
| 2/4/77 | | REQUEST FOR EXTENSION -- Pltf. Pentico -- Granted to Pentico to 2/9/77 |
| 3/9/77 | | LETTER FROM PLAINTIFF PENTICO -- stating they will not respond to motion |
| 3/16/77 | | CONSENT OF TRANSFEREE COURT -- For JUDGE PHILIP C. WILKINS TO HANDLE LITIGATION IN THE E. D. CALIFORNIA UNDER 28 U.S.C. §1407. |
| 3/16/77 | | ORDER -- TRANSFERRING A-9 TO THE E.D. CALIFORNIA TO BE COORDINATED OR CONSOLIDATED WITH A-1 THRU A-8 FOR PRETRIAL PRECEEDINGS UNDER 28 U.S.C. §1407 BEFORE JUDGE PHILIP C. WILKINS. |
| 10/4/77 | | Kerry v. United Technologies Corp., et al., D.Conn., C.A.#B77-293 Wallbillig v. United Technologies Corp., et al., D.Conn., C.A.#B77-295 Hoke v. United Technologies Corp., etal., D. Conn., C.A.#B77-296 Elder v. United Technologies Corp., etal., D. Conn., C.A.#B77-297 Goerig v. United Technologies Corp., etal., D. Conn., C.A.#B77-298 SCO FILED TODAY. NOTIFIED INVOLVED COUNSEL AND JUDGES. |
| 10/17/77 | 2 | RESPONSE TO SHOW CAUSE ORDER -- Defendant General Electric Co. w/cert. of svc. |
| 10/17/77 | 3 | RESPONSE TO SHOW CAUSE ORDER, MOTION FOR RECONSIDERATION, BRIEF -- Defendant United Technologies Corp. w.cert. of svc. |
| 10/19/77 | 4 | RESPONSE TO SHOW CAUSE ORDER -- Connecticut plaintiffs w/cert. of svc. |
| 10/31/77 | 5 | RESPONSE TO SCO -- California Plaintiffs w/cert. of svc. |
| 10/31/77 | 6 | MOTION FOR TRANSFER OF TAG-ALONG ACTION, BRIEF -- United Technologies Corporation w/cert. of service. Notified counsel. CC-1 |
| 11/4/77 | | HEARING ORDER -- Setting Motion for Reconsideration for ~~hearing~~ ~~~~~~~~~~~~~~~ Order filed March 16, 1977 for hearing and on motion of United Technologies Corp. for transfer of C-1. and Motion of United Technologies and on Order to show cause on actions B-1, B-2, B-3, B-4 and B-5 |
| 11/11/77 | 7 | RESPONSE -- California Plaintiffs w/cert. of svc. |
| ~~11/14/77~~ | | ~~RESPONSE -- Helicopter Crash in Germany w/cert. of service~~ |
| 11/14/77 | 8 | RESPONSE -- G.E. w/cert. of service |

JPML FORM 1A - Continuation                     DOCKET ENTRIES -- p. 2

DOCKET NO. 297 -- IN RE HELICOPTER CRASH IN GERMANY ON SEPTEMBER 26, 1975

| Date | No. Code | |
|---|---|---|
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Sandra Stone for 12/7/77 hearing in San Diego, Ca. (ea) |
| 12/7/77 | 9 | AFFIDAVIT -- Robert H. Arnold, United Technologies Corp. Asst. General Counsel -- FILED IN OPEN COURT |
| 1/24/78 | | OPINION AND ORDER -- Vacating order of March 16, 1977 and transferring A-1 to C-1 to the District of Connecticut and assigned to the Honorable Jon O. Newman under 28 U.S.C. §1407 for pretrial proceedings -- Notified Involved Judges and Counsel and Clerks (cds) |

JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 297 -- **IN RE HELICOPTER CRASH IN GERMANY ON SEPT. 26, 1976**

| Date | Ref. | Pleading Description |
|---|---|---|
| 8/28/79 | | ORDER REASSIGNING LITIGATION TO THE HONORABLE ELLEN B. BURNS -- NOTIFIED INVOLVED COUNSEL, CLERK AND JUDGES (cds) |

JPML Form 1 — 1/24/78 443 F. Supp. 447
Transfer Order filed 3/16/77 (unpublished)

DOCKET NO. 297 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE
CAPTION: / HELICOPTER CRASH IN GERMANY ON SEPTEMBER 26, 1975

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____   Consolidation Denied _____

Opinion and/or Order  3/16/77   1/24/78

Citation  unpublished   443 F.Supp. 447

Transferee District  ~~E.D. CALIFORNIA~~ D. CONNECTICUT   Transferee Judge  ~~PHILIP C. WILKINS~~ Ellen B. Burns

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Miriam Hopkins Weaver & Joseph R. Weaver v. United Technologies Corp. | E.D.Cal. Wilkins | S76-250 | ~~3/16/77~~ 1/24/78 | B 78-40 | 4/14/80 | |
| A-2 | Liza Lee Donaldson & Jody Stoffel Donaldson, minors by Lee V. Orobyoff Guardian Ad Litem v. United Technologies Corp. | E.D.Cal. Wilkins | S76-251 | ~~3/16/77~~ 1/24/78 | B 78-41 | 4/22/80 | |
| A-3 | Ann Dinneen v. United Technologies Corp. | E.D.Cal. Wilkins | S76-252 | ~~3/16/77~~ 1/24/78 | B 78-42 | 4/14/80 | |
| A-4 | Babette Donaldson v. United Technologies Corp. | E.D.Cal. Wilkins | S76-253 | ~~3/16/77~~ 1/24/78 | B-78-43 | 4/14/80 | |
| A-5 | Evelyn Kerry, Keith Patrick Kerry, Brian Keven Kerry & Lisa Maria Kerry, minors, by Evelyn Kerry, their Guardian Ad Litem v. United Technologies Corp. | E.D.Cal. Wilkins | S76-358 | ~~3/16/77~~ 1/24/78 | B 78-44 | 2/17/81 | |
| A-6 | Christiane E. Driscoll, Michael Driscoll & Patricia Driscoll v. United Technologies Corp. | E.D.Cal. Wilkins | S76-503 | ~~3/16/77~~ 1/24/78 | B 78-45 | 8/7/80 | |
| A-7 | Cheryl L. Russell v. United Technologies Corp. | E.D.Cal. Wilkins | S76-504 | ~~3/16/77~~ 1/24/78 | B 78-46 | 4/14/80 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-8 | Andrea Elliott, James Elliott & David Elliott, minors, by Judity Elliott, their Guardian Ad Litem, and Judity Elliott, Individually v. United Technologies Corp. | E.D.Cal. Wilkins | S76-509 | 3/14/77 1/24/78 | B-78-47 | 8/7/80 D | |
| A-9 | Twila Pentico, Individually, as personal representative of the Estate of Darold G. Pentico, and as next friend of Colleen Ann Pentico, her minor daughter v. United Technologies Corp. | S.D.Fla. ~~Atkins~~ ARONOVITZ | 76-1661 | 1/24/78 3/14/78 | B-78-48 | 10/5/81 D | |
| B-1 | Sumner L. Kerry v. United Technologies Corp., et al. | D.CONN Newman | B77-293 | | | 10/26/81 D | SCO 10/4/77<br>" 10/4/77 |
| B-2 | Katherine A. Wallbillig v. ~~United Technologies~~ Corp., et al. J E | D.Conn Newman | B77-295 | | | 10/26/81 D | reopened 10/4/77 |
| B-3 | Corrine V. Hoke v. ~~United Technologies Corp., et al.~~ J E | D.CONN Newman | B77-296 | | | 10/26/81 D | reopened |
| B-4 | Patricia Anne Elder v. ~~United Technologies Corp., et al.~~ J E | D.CONN Newman | B77-297 | | | 10/26/81 D | reopened |
| B-5 | Irene Goerig v. ~~United Technologies Corp., et al.~~ J E | D.CONN Newman | B77-298 | | | 10/26/81 D | reopened |
| C-1 | Sandra Stone f/k/a Sandra Sindoni v. General Electric Co., et al., | S.D.FLA. ATKINS | 77-2618-Civ-CA | 3/14/78 1/24/78 | B-78-39 | 3/26/80 D | |

July 1978 - 10 TR / 5 same
July 1979 -
July 1980 - 6 dis - 9 pdg.
July 1981 - 9 dis - 6 pdg

XYZ / 15 pdg.

*actual closed 12/80 but reopened 4/13/80 only deft. J.E. Co.

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 297 -- IN RE HELICOPTER CRASH IN GERMANY ON SEPTEMBER 26, 1975

---

LC

SUMNER L. KERRY (B-1)
KATHERINE A. WALLBILLIG (B-2)
CORRINE V. HOKE (B-3)
PATRICIA ANNE ELDER (B-4)
IRENE GOERIG (B-5)
 Timothy J. Healey, Esq.
 Healey & Farrell
 1775 K Street, N.W.
 Washington, D.C. 20036

MIRIAM HOPKINS WEAVER, ET AL. (A-1)
LIZA LEE DONALDSON, ETC. (A-2)
ANN DINEEN (A-3)
BABETTE DONALDSON (A-4)
EVELYN KERRY, ET AL. (A-5)
CHRISTIANE E. DRISCOLL, ET AL. (A-6)
CHERYL L. RUSSELL (A-7)
ANDREA ELLIOTT, ET AL. (A-8)
 Eugene Doyle, Esquire
 Suite 2500, The Alcoa Building
 One Maritime Plaza
 San Francisco, California 94111

SANDRA STONE (C-1)
 Brett D. Anderson, Esquire
 Talburt, Kubicki & Bradley
 25 West Flagler Street
 Suite 701
 Miami, Florida 33130

LC

UNITED TECHNOLOGIES CORP.
 John R. FitzGerald, Esquire
 Howard, Kohn, Sprague & FitzGerald
 229 Buckingham Street
 Hartford, Connecticut 06108

GENERAL ELECTRIC CORP.
 James R. Hawkins, II, Esquire
 Cummings & Lockwood
 P.O. Box 120
 Stamford, Connecticut 06904

---

LC Marked in accordance with J. Newman's Pretrial Order of April 20, 1978
Service -- in accordance with J. Newman's order should be on all counsel.