JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 16 1977

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 297

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HELICOPTER CRASH IN GERMANY ON SEPTEMBER 26, 1975

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transfer of the action pending in the Southern District of Florida to the Eastern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district before the Honorable Philip C. Wilkins, and the Panel having found, upon the basis of the papers submitted and the hearing held, that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that the action listed on the attached Schedule A and pending in the Southern District of Florida be, and the same hereby is, transferred to the Eastern District of California and, with the consent of that court, assigned to the Honorable Philip C. Wilkins for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district and also listed on Schedule A.

FOR THE PANEL:

*John Minor Wisdom*

John Minor Wisdom
Chairman

<u>SCHEDULE A</u>                                              <u>DOCKET NO. 297</u>

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Hopkins Weaver & Joseph R. Weaver v. United Technologies Corp. | Civil Action No. S76-250 |
| Liza Lee Donaldson & Jody Stoffel Donaldson, minors by Lee V. Orobyoff Guardian Ad Litem v. United Technologies Corp. | Civil Action No. S76-251 |
| Ann Dinneen v. United Technologies Corp. | Civil Action No. S76-252 |
| Babette Donaldson v. United Technologies Corp. | Civil Action No. S76-253 |
| Evelyn Kerry, Keith Patrick Kerry, Brian Kevin Kerry & Lisa Maria Kerry, minors, by Evelyn Kerry, their Guardian Ad Litem v. United Technologies Corp. | Civil Action No. S76-358 |
| Christiane E. Driscoll, Michael Driscoll & Patricia Driscoll v. United Technologies | Civil Action No. S76-503 |
| Cheryl L. Russell v. United Technologies Corp. | Civil Action No. S76-504 |
| Andrea Elliott, James Elliott & David Elliott, minors, by Judith Elliott, their Guardian Ad Litem, and Judith Elliott, Individually v. United Technologies Corp. | Civil Action No. S76-509 |

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Twila Pentico, Individually, as personal representative of the Estate of Darold G. Pentico, and as next friend of Colleen Ann Pentico, her minor daughter v. United Technologies Corp. | Civil Action No. 76-1661-Civ-SMA |